UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| LARRY FRANK YARBROUGH | ) | |
| | ) | |
| vs. | ) | Case No.  3:09-cv-08007-SLB-HGD |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

### MEMORANDUM OPINION

On November 30, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On December 21, 2010, after obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 11th day of January, 2011.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE